NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

EMCORE CORPORATION
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

and

AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., and AVAGO TECHNOLOGIES, LTD.,
*Intervenors.*

---

2011-1069

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-669

---

**JUDGMENT**

---

FREDERICK A. LORIG, Quinn Emanuel Urquhart & Sullivan, LLP, of Los Angeles, California, argued for the appellant. With him on the brief was SIDFORD LEWIS BROWN. Of counsel on the brief were LOUIS S. MASTRIANI and DANIEL F. SMITH, Adduci, Mastriani & Schaumberg, LLP, of Washington, DC.

CLINT A. GERDINE, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC. With him on the brief were JAMES M. LYONS, General Counsel and ANDREA C. CASSON, Assistant General Counsel.

RICHARD S. FLORSHEIM, Foley & Lardner, LLP, of Milwaukee, Wisconsin, argued for intervenors. With him on the brief were CYNTHIA J. FRANECKI; JOHN C. VETTER, of Miami, Florida; GEORGE E. QUILLIN, of Washington, DC; and GINA A. BIBBY, of Palo Alto, California. Of counsel were ROBERT F. KRAMER, Novak Duuce + Quigg, LLP, of San Francisco, California, and JEROLD I. SCHNEIFER, of West Palm Beach, Florida.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, MOORE, and REYNA , *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT



November 14, 2011          /s/  Jan Horbaly
       Date                          Jan Horbaly
                                        Clerk